|    |    |
|----|----|
| 1  | UNITED STATES DISTRICT COURT |
| 2  | NORTHERN DISTRICT OF CALIFORNIA |

| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, Plaintiffs, v. 127 BAYO VISTA CONDOMINIUM ASSOCIATION- OAKLAND, et al., Defendants. | Case No. 19-cv-04697-SI (SI) **PRETRIAL PREPARATION ORDER (CIVIL)** |
|---|---|

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 21, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:   January 31, 2020

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: June 30, 2020.

DESIGNATION OF EXPERTS: July 31, 2020; REBUTTAL: August 14, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: September 25, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; October 16, 2020;
    Opp. Due: October 30, 2020; Reply Due: November 6, 2020;
    and set for hearing no later than November 20, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: January 19, 2021 at 3:30 PM.

JURY TRIAL DATE: February 1, 2021 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties must inform the Court by December 2, 2019, as to their agreed upon ADR process.  ADR shall be completed in April 2020.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 11/18/19

_____
SUSAN ILLSTON
United States District Judge