UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>127 BAYO VISTA CONDOMINIUM ASSOCIATION- OAKLAND, *et al.*,<br><br>Defendants. | Case No. 19-cv-04697-SI<br><br>**ORDER RE: DISCOVERY**<br><br>Re: Dkt. No. 76 |

The parties have submitted a joint letter regarding a dispute over scheduling depositions. Defendant/cross-claimant 127 Bayo Vista Condominium Association – Oakland ("BVCA") noticed Rule 30(b)(6) depositions of the insurers (Travelers Property Casualty Company of America, Farmers Insurance Exchange, and Continental Casualty Company). The notices were dated December 9, and noticed depositions for December 21, 22 and 23.

The insurers assert that BVCA did not provide reasonable notice, particularly in light of the upcoming holidays and because the notices were accompanied by document requests. BVCA withdrew the document requests and also offered to schedule the depositions in January, after the December 31, 2020 non-expert discovery cutoff. The insurers have refused to extend the discovery deadline.

The Court has considered the parties' arguments and finds that BVCA's proposed resolution is reasonable. Accordingly, counsel shall cooperate to schedule the depositions in December or January, and the Court extends the discovery deadlines to permit these depositions to occur in

January if necessary.

**IT IS SO ORDERED**.

Dated: December 18, 2020

_____
SUSAN ILLSTON
United States District Judge