UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>127 BAYO VISTA CONDOMINIUM ASSOCIATION- OAKLAND, *et al*.,<br><br>Defendants. | Case No. 19-cv-04697-SI<br><br>**ORDER ALLOWING BAYO VISTA CONDOMINIUM ASSOCIATION TO FILE SUR-REPLY TO TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S REPLY EVIDENCE** |

Bayo Vista Condominium Association ("BVCA") has filed an objection to new evidence submitted by Travelers Property Casualty Company with its summary judgment reply. The Court will permit BVCA to file a sur-reply addressing the new evidence no later than May 21, 2021.

**IT IS SO ORDERED**.

Dated: May 17, 2021

SUSAN ILLSTON
United States District Judge