UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>127 BAYO VISTA CONDOMINIUM ASSOCIATION- OAKLAND, et al.,<br><br>Defendants. | Case No. 19-cv-04697-SI<br><br>**ORDER RE: TRAVELERS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 92 |

On April 30, 2021, Travelers Property Casualty Company of America filed an administrative motion to seal portions of its opposition papers filed in response to Continental Casualty Company's motion for summary judgment. The material at issue was designated as confidential by Continental Casualty Company. Pursuant to Civil Local Rule 79-5(e), Continental was required to file a declaration by May 6, 2021, establishing that the designated material is sealable. Continental has not filed any such declaration.

The Court hereby advises Continental that it will deny the administrative motion to seal unless Continental files a declaration as required by Civil Local Rule 79-5(e) and (d)(1)(A) establishing that the designated material is sealable <u>no later than May 21, 2021.</u> *See generally Kamakana v. City & Cnty. of Honolulu*, 447 F.3d. 1172, 1178-81 (9th Cir. 2006).

**IT IS SO ORDERED**.

Dated: May 18, 2021

_____
SUSAN ILLSTON
United States District Judge