UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>127 BAYO VISTA CONDOMINIUM ASSOCIATION- OAKLAND, *et al.*,<br><br>Defendants. | Case No. 19-cv-04697-SI<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 92 |

The Court has reviewed the declaration of Ashley Gilbert in support of the administrative motion to seal filed by Travelers Property Casualty Company of America. The Court concludes that Exhibit H to the Usery Declaration (the underwriting management agreement between Affinity Insurance Services, Inc. and Continental Casualty Company) may be filed under seal, but that the proposed redactions in Travelers' opposition brief are not warranted as the information at issue is not confidential. Travelers shall file an unredacted opposition brief in the public record.

**IT IS SO ORDERED**.

Dated: May 25, 2021

_____
SUSAN ILLSTON
United States District Judge