```
1   John R. Brydon (Bar No. 83365)
    Randy A. Moss (Bar No. 154704)
2   DEMLER, ARMSTRONG & ROWLAND, LLP
    101 Montgomery Street, Suite 1800
3   San Francisco, CA 94104
    Tel: (415) 949-1906
4   Fax: (415) 354-8380
    bry@darlaw.com/mos@darlaw.com
5
6   Attorneys for Defendant/Cross-Defendant, FARMERS INSURANCE EXCHANGE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>127 BAYO VISTA CONDOMINIUM ASSOCIATION-OAKLAND, a California Corporation, NEIGHBORHOODL ASSOCIATION AGAINST MANAGEMENT, INC., a California Corporation; DAVID TODA, as an individual and as TRUSTEE of the MARY R. FLYNN TRUST DATED APRIL 3, 2015; FARMERS INSURANCE EXCHANGE, a California Interinsurance Exchange; and DOES 1 through 10, inclusive.<br><br>Defendants. | NO. 3:19-cv-04697-SI<br><br>**JOINT STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Hon. Susan Illston<br><br>Date Action Filed: August 12, 2019<br>Trial Date: Vacated (Case Settled) |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement agreed to and executed by them, to the Dismissal With Prejudice of this action as to Defendant and Cross-Defendant Farmers Insurance Exchange, including all claims and counterclaims stated herein

-1-

against Defendant and Cross-Defendant Farmers Insurance Exchange, with each party to bear its or his own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: December 14 2021       THE AGUILERA LAW GROUP, APLC

/s/ Aaron Daniels
A. Eric Aguilera, Esq.
Aaron Michael Daniels, Esq.
Attorneys for Plaintiff and Cross Defendant
Travelers Property Casualty Company of America

Dated: December 13 2021       O'HARA CREECH LLP

Terrence J. O'Hara, Esq.
Randall C. Creech, Esq.
Attorneys for 127 Bayo Vista Condominium Association

Dated: December 9, 2021       CJH & ASSOCIATES, P.C.

Michael D. Bluto, Esq.
Attorneys for David Toda

Dated: December 14 2021       DEMLER, ARMSTRONG & ROWLAND, LLP

/s/ Randy Moss
John R. Brydon, Esq.
Randy A. Moss, Esq.
Attorneys for Farmers Insurance Exchange

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, cross-claims, and causes of action as against Defendant and Cross-Defendant Farmers Insurance Exchange, with each party bearing that party's own attorney's fees and costs.

Date: December 14, 2021

_____
HON. SUSAN ILLSTON
Senior District Judge
United States District Court for the
Northern District of California

**PROOF OF SERVICE**

<u>Travelers Property Casualty Company vs. 127 Bayo Vista Condominium Association-Oakland, et al</u>

United States District Court Action No. 4:19-cv-04697

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 101 Montgomery Street, Suite 1800, San Francisco, California 94104.

On December 14, 2021, I served the foregoing document(s) described as follows:

**JOINT STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

on the interested parties in this action by placing the copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| A. Eric Aguilera, Esq.<br>Raymond E. Brown, Esq.<br>650 Town Center Drive, Suite 100<br>Costa Mesa, CA  92626<br>Email:  eaguilera@aguileragroup.com<br>Telephone:  (714) 384-6600<br>Facsimile:   (714) 384-6601<br>*Attorney for Plaintiff Travelers Property Casualty Company of America* | Randall C. Creech, Esq.<br>O'HARA CRRECH, LLP<br>255 West Julian Street, Suite 402<br>San Jose, CA  95110<br>Email:  Rcreech@tjoharalaw.com<br>            lorie@tjoharalaw.com<br>Telephone:  (408) 380-7880<br>Facsimile:   (408) 380-7899<br>*Attorney for Cross-Complainant 127 Bayo Vista Condominium Association-Oakland* |
| Terence James O'Hara, Esq.<br>TERENCE J. O'HARA, APC<br>255 W. Julian Street, Suite 402<br>San Jose, CA  95110<br>Email:  terry@tjoharalaw.com<br>Telephone:  (408) 380-7880<br>Facsimile:    (408) 380-7899<br>*Attorney for Cross-Complainant 127 Bayo Vista Condominium Association-Oakland* | Brent Shelbin Usery, Esq.<br>KEANE AND ASSOCIATES<br>485 Lexington Avenue, 6th Floor<br>New York, NY  10017<br>Email:  busery@travelers.com<br>            IAGARCIA@travelers.com<br>Telephone:  (917) 778-6680<br>Facsimile:    (844) 571-3789<br>*Attorney for Cross-Defendant Travelers Property Casualty Company of America* |
| Michel Bluto, Esq.<br>CJH & ASSOCIATES, P.C.<br>5901 Christie Avenue, Suite 500<br>Emeryville, CA  94608<br>Telephone:  (510) 817-0818<br>Email:  mbluto@cjhapc.com<br>*Attorney for Defendant David Toda* | Robert C. Christensen, Esq.<br>CNA COVERAGE LITIGATION GROUP<br>555 12TH Street, Suite 600<br>Oakland, CA  94607<br>Telephone: (510) 645-2300<br>Factimile:  (510) 645-2323<br>Email:  Robert.Christensen@cna.com<br>            Catherine.Thigpen@cna.com<br>*Attorney for Defendant Continental Casualty Company* |

| | |
|---|---|
| Ashley E. Gilbert, Esq.<br>CAN Coverage Litigation Group<br>1 Galleria Boulevard, Suite 1502<br>Metairie, LA 70001<br>Telephone: (504) 841-5083<br>Ashley.Gilberg@cna.com<br>Attorney for Defendant Continental Casualty Company | Aaron M. Daniels, Esq.<br>Kimberly R. Arnal, Esq.<br>AGUILERA LAW GROUP APLC<br>650 Town Center Drive, Suite 100<br>Costa Mesa, CA 92626<br>Telephone: (714) 384-6600<br>Facsimile: (714) 384-6691<br>Email: adaniels@aguileragroup.com<br>         karnal@aguileragroup.com<br>*Attorneys for Plaintiff and Counter-Defendant Travelers Property Casualty Company of Ameica* |

XX   ONLY BY ELECTRONIC TRANSMISSION. Only by emailing the document(s) to the persons at the e-mail address(es).  This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the national emergency.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on December 14, 2021, at San Francisco, California.

_____
Michelle Bonilla